**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-70135-TMD |
| PERMIAN ER II, LLC | § | |
| Debtor | § | Chapter 7 |

**TRUSTEE STATUS REPORT**

Ronald Ingalls, Trustee, files this case status report, and reports as follows:

1. The case was filed on August 1, 2017. The US Trustee has requested periodic status reports regarding pending matters in this case.

2. The Trustee has hired Special Counsel to represent the estate. Two adversaries were pursued. All known assets have been collected. A 2020 income tax return was filed on or about March 29, 2021.

3. At present four objections to claim and a motion to pay priority taxes are pending.

4. The Trustee's current projected Final Report of Distribution date is 12/31/2021. Whether a TFR can be filed earlier depends on the progress of the claim objections.

Respectfully submitted,

*/s/ Ronald Ingalls*
Ronald Ingalls, Trustee
SBT 10391900
PO Box 2867
Fredericksburg, Texas 78624-1927
Tel: (830) 307-9123
Fax: (830) 321-0913
Email: ron@ingallstrustee.com

**CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served by CM/ECF, on Wednesday, April 14, 2021, on the U.S. Trustee at United States Trustee - EP12, 615 E. Houston St, Ste 533, San Antonio, TX 78205.